UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-5002 JSL (FFM) | Date | August 23, 2013 |
|---|---|---|---|
| Title | DINH TRAN CANH v. UNITED STATES OF AMERICA, BUREAU OF IMMIGRATION CUSTOMS ENFORCEMENT, FEDERAL BUREAU OF PRISONS, FCI LOMPOC, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER**

      On August 15, 2013, respondent filed a notice that the Department of Homeland Security has lifted the detainer on petitioner.  Respondent requests that the action be dismissed as moot now because petitioner has already received the only relief he seeks in this action, i.e., a lifting of the detainer.  Under these circumstances, the Court orders petitioner to show cause within 21 days of the date of this order why the petition should not be dismissed without prejudice for mootness.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |